IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROY GRAY,

      Plaintiff,                     No. CIV S-06-1874 LKK EFB P

      vs.

TOM L. CAREY, et al.,

      Defendants.              FINDINGS AND RECOMMENDATIONS

                             /

      On August 29, 2006, the court dismissed plaintiff's complaint for failure to state a claim. The order explained the complaint's deficiencies, gave plaintiff 45 days to file an amended complaint correcting those deficiencies, and warned plaintiff that failure to file an amended complaint would result in a recommendation that this action be dismissed for failure to state a claim.

      The 30-day period has expired and plaintiff has not filed an amended complaint or otherwise responded to the order.

      Accordingly, it is hereby RECOMMENDED that this action be dismissed for failure to state a claim. *See* 28 U.S.C. § 1915A.

      These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days

1  after being served with these findings and recommendations, any party may file written
2  objections with the court and serve a copy on all parties.  Such a document should be captioned
3  "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections
4  within the specified time may waive the right to appeal the District Court's order. *Turner v.*
5  *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
6  Dated:  November 8, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE