IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROY GRAY,

    Plaintiff,                    No. CIV S-06-1874 LKK EFB P

    vs.

TOM L. CAREY, et al.,

    Defendants.          <u>ORDER</u>

_____/

      Plaintiff is a prisoner without counsel seeking relief for civil rights violations. *See* 42 U.S.C. § 1983. On August 29, 2006, the court dismissed plaintiff's complaint for failure to state a claim. Plaintiff was given time to file an amended complaint but failed to do so. Therefore, on November 8, 2006, the court recommended that this action be dismissed for failure to state a claim. On November 21, 2006, plaintiff filed objections.

      Plaintiff asserts that he was transferred to a different prison after filing his complaint and that this made it difficult to comply with the order. He also states that he intends to file an amended complaint. The record shows that plaintiff notified the court of a new address which is consistent with his assertions.

      Accordingly, it is ORDERED that:

      1. The November 8, 2006, findings and recommendations are vacated; and

2. Plaintiff has 30 days from the date this order is served to file an amended complaint. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed for plaintiff's failure to state a claim.

Dated: December 11, 2006.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE